Entered: November 17th, 2019
Signed: November 15th, 2019

**DENIED**

Movant's Objection to Claim [Dkt. No. 96] under 11 U.S.C. 506(b) is foreclosed by the holding in SummitBridge Natl. Investments III, LLC v. Faison, 915 F.3d 288, 294 (4th Cir. 2019).



_____
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 19-15518 |
| Aletha K. Barsir, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |

## **ORDER**

Having considered Debtor's Objection to Manor Care of Potomac MD, LLC's Proof of Claim and supporting memorandum, and any opposition thereto, it is this ____ day of _____, 2019, hereby:

ORDERED, that Debtor's Objection to Manor Care of Potomac MD, LLC's Amended Proof of Claim is hereby GRANTED;

ORDERED, that Manor Care of Potomac MD, LLC's Amended Proof of Claim is disallowed in the total additional amount claimed of $11,559.61; and

ORDERED, that Manor Care of Potomac MD, LLC's is not entitled to any post-petition fees.

_____
Judge, U.S. Bankruptcy Court for
The District of Maryland

Copies to:

Diana C. Valle, Esq.
Debtor
Manor Care of Potomac MD, LLC
Trustee

"End of Order"

