Entered: July 26th, 2020
Signed: July 24th, 2020

**SO ORDERED**



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND (Greenbelt)

| | |
|---|---|
| IN RE: | Case No.: 19-15518 – LSS |
| Aletha K. Barsir, | Chapter 7 |
| Debtor. | |
| Manor Care of Potomac MD, LLC, | |
| Movant. | |
| v. | |
| Aletha Barsir, | |
| Respondent. | |

### INDICATIVE RULING ORDER

Having considered the Motion to Correct Lift Stay Order & for Indicative Ruling ("Lift Stay Correction"), it is, by the United States Bankruptcy Court for the District of Maryland:

**ORDERED** that the Court would grant the Motion to Correct Lift Stay Order [Dkt. No. 178} such that it would amend the Order for Relief from Stay [Dkt. No. 158] to to rename the Order, "Order Granting Relief from Stay" and to remove and replace the ORDERED paragraph with the following:

ORDERED that the automatic stay imposed by § 362 of the Bankruptcy Code is hereby lifted only to the extent necessary to enable Manor Care to obtain an appropriate order issued by the state court pursuant to Md. Health-Gen. Code § 19-344(c)(4)(vi) regarding Claim 1, as amended, from time to time; and it is further,

ORDERED, that the automatic stay remains in effect to prohibit Manor Care from seeking enforcement of any state court order or to otherwise attempt to collect the any debt against Debtor, including seeking involuntary disbursement of payment of Claim 1 from the Transamerica account, without the bankruptcy court's prior approval

cc:

Diana Carolina Valle, Esquire
The Valle Law Firm, LLC
10411 Motor City Drive
Ste 750
Bethesda, MD 20817
Attorney for Debtor(s)
VIA CM/ECF

Aletha Barsir
404 West Deer Park Road, Condo Unit 13-H
Gaithersburg, MD 20877-1688

Michael G. Wolff
Wolff & Orenstein, LLC
15245 Shady Grove Rd.
Suite 465, North Lobby
Rockville, MD 20850
Trustee
VIA CM/ECF

Jeffrey M. Orenstein, Esquire
Wolff & Orenstein, LLC
15245 Shady Grove Rd.
Suite 465, North Lobby Rockville, MD 20850
Attorney for Trustee
VIA CM/ECF

Office of The United States Trustee 6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

William Rudow, Esquire
Rudow Law Group, LLC
502 Washington Avenue, Suite 730 Towson, Maryland 21204

**END OF ORDER**