Entered: June 14th, 2021
Signed: June 14th, 2021
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **19–15518 – LSS**   Chapter: **7**   Adversary No.: **19–00202**

**Aletha K Barsir**
Debtor

**Michael G. Wolff**
Plaintiff

vs.

**Aletha K Barsir**
Defendant

## ORDER DENYING DEBTOR A DISCHARGE

On June 9, 2021, this proceeding came before the Court for a trial on the merits of Plaintiff's causes of action seeking a denial of Defendant/Debtor's discharge in the underlying bankruptcy case under 11 U.S.C §727(a). At the conclusion of the trial, the Court took the matter under advisement. The Court issued its oral ruling on the record on June 10, 2021. For the reasons stated on the record, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that judgment is hereby entered in favor of Plaintiff on Count II of the Complaint; and it is further

ORDERED, that the discharge of the debtor, Aletha K. Barsir, in Bankruptcy Case Number 19–15518–LSS is DENIED.

cc:   Plaintiff
      Attorney for Plaintiff – Jeffrey M. Orenstein
      Defendant
      Attorney for Defendant – Diana Carolina Valle

### End of Order

44x04 (rev. 07/29/2016) – JacobMasters